UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

XORAN HOLDINGS LLC, and
XORAN TECHNOLOGIES LLC,

    Plaintiffs,

v.

Case No. 16-13703
HON. DENISE PAGE HOOD

DAVID LUICK and TUNGSTEN
MEDICAL NETWORK, LLC,

    Defendants.
_____/

## ORDER STRIKING ECF Nos. 188, 189

On September 27, 2019, the Court entered an Order, stating in relevant part:

> Defendants filed a Motion to Adjourn dates based on the need for more discovery. The Court has extended the discovery period as set forth in Section III.B, and the parties shall have until November 4, 2019 to file dispositive motions. Accordingly, the Motion to Adjourn All Remaining Dates is granted. New Final Pretrial Conference and Trial dates will be established by the Court upon resolution of any new dispositive motions filed with the Court or, in the absence, of any such dispositive motions, shortly after November 4, 2019.

ECF No. 182, PgID 5409-10. The Court notes that the extension of dates was made at Defendants' request and the September 27, 2019 Order expressly states that the parties shall have until **November 4, 2019** to file dispositive motions. The Court has not entered an Order rescinding or modifying the September 27, 2019 Order.

1

On November 27, 2019, Defendants filed a Motion for Summary Judgment, ECF No. 188, and a Motion for Summary Judgment (Continuation of Exhibits), ECF No. 189. The Court finds that Defendants' Motion(s) for Summary Judgment filed on November 27, 2019 are untimely, as they were filed more than three weeks (23 days) after they were due.

Accordingly, for the reasons set forth above, the Court ORDERS the Clerk of the Court TO STRIKE Defendants' Motion for Summary Judgment, ECF No. 188, and Defendants' Motion for Summary Judgment (Continuation of Exhibits), ECF No. 189.

IT IS ORDERED.

Dated: December 4, 2019

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE